```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
```

UNITED STATES OF AMERICA

v.                                    No. 4:04CR00084 GH

DONALD L. SNYDER

### FINAL ORDER OF FORFEITURE

WHEREAS, on May 25, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit:

    (a)   Computer equipment including Monitors SN 926GA23NA162 and MN 564SA, and CPUs SN RYN91820212 and SN 9004CMPZL462

    (b)   Scanner - SN HAJ0019BD046627

    (c)   Web Camera

    (d)   Compaq Printer - 1M9ACNC181HM

and

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Donald L. Snyder had an interest in the property that is subject to forfeiture

pursuant to Title 18 U. S. C. Section 2253(a);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the assets described as:

(a) Computer equipment including Monitors SN 926GA23NA162 and MN 564SA, and CPUs SN RYN91820212 and SN 9004CMPZL462

(b) Scanner - SN HAJ0019BD046627

(c) Web Camera

(d) Compaq Printer - 1M9ACNC181HM

are hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 2253(m)(7).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this 24th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE